# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| TYRONE KNIGHT, | : | Case No. 3:10-cv-68 |
| Petitioner, | : | |
| | | District Judge Timothy S. Black |
| - vs - | : | Magistrate Judge Michael R. Merz |
| WARDEN LONDON CORRECTIONAL INSTITUTION, | : | |
| | : | |
| Respondent. | | |
| | : | |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #14), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, and for good cause shown upon the Court's *de novo* review, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that Petition herein be dismissed with prejudice.

March 14, 2012.

_____
Timothy S. Black
United States District Judge