**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**TYRONE KNIGHT,**

    Petitioner,

                                   **CASE NO.    3:10-cv-068**

**-vs-**

                                   **District Judge Timothy S. Black**
                                   **Magistrate Judge Michael R. Merz**

**WARDEN, London Correctional Institution,**

    Respondent.

---

**JUDGMENT IN A CIVIL CASE**

---

    **[ ]  Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

    **[X]  Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the Report and Recommendations (Doc. 14) of the United States Magistrate Judge is **ADOPTED;** and that the case is **TERMINATED** from the docket.

Date:  March 14, 2012                      **JAMES BONINI, CLERK**

                                                      By: <u>s/ M. Rogers</u>
                                                      Deputy Clerk