# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**TYRONE KNIGHT,**

   Petitioner,

                       **CASE NO.   3:10-cv-068**

**-vs-**

                       **District Judge Timothy S. Black**
                       **Magistrate Judge Michael R. Merz**

**WARDEN, London Correctional Institution,**

   Respondent.

## JUDGMENT IN A CIVIL CASE

   **[ ]  Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

   **[X]  Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

   **IT IS ORDERED AND ADJUDGED** that the Report and Recommendations (Doc. 14) of the United States Magistrate Judge is **ADOPTED;** and that the case is **TERMINATED** from the docket.

Date:  March 14, 2012                     **JAMES BONINI, CLERK**

                                              By: s/ M. Rogers
                                              Deputy Clerk